Pro Se General Complaint for a Civil Case (Rev. 10/16)

# United States District Court
## for the
### NORTHERN DISTRICT OF ALABAMA

Renzie Wilson Price
**Plaintiff**
(Write your full name. No more than one plaintiff may be named in a pro se complaint)

Renzie Wilson price
v.

Case No. 5:21-CV-1511-HNJ
(to be filled in by the Clerk's Office)

JURY TRIAL ☑ Yes ☐ No

Netflix Corporation
**Defendant(s)**
(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

    A. **The Plaintiff**
       Name: Renzie Wilson Price
       Street Address: 106 8th Street, A
       City and County: Madison, Madison County
       State and Zip Code: Alabama 35756
       Telephone Number: 256 975-4022

    B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. If you are suing an individual in his/her official capacity, include the person's job or title. Attach additional pages if needed.

Pro Se General Complaint for a Civil Case (Rev.10/16)

Defendant No. 1
Name: Netflix Corporation
Job or Title: Media Services
Street Address: 100 Winchester Circle
City and County: Los Gatos, Santa Clara County
State and Zip Code: Los Gatos, California 95032

Defendant No. 2
Name: Michael B. Jordan
Job or Title: Raising Dion, Executive Producer
Street Address: 9601 Wilshire Blvd. 3rd floor
City and County: Beverly Hills, Los Angeles County
State and Zip Code: California 90210-5213

Defendant No. 3
Name: Carol Barbee
Job or Title: Netflix Series Creator
Street Address: 9601 Wilshire Blvd. 8th floor
City and County: Beverly Hills, Los Angeles County
State and Zip Code: California 90210

Defendant No. 4
Name: Dennis Liu
Job or Title: Raising Dion Comic Creator
Street Address:
City and County:
State and Zip Code:

Pro Se General Complaint for a Civil Case (Rev. 10/16)

Defendant No. 5
Name _Jason Piperberg_
Job or Title _Artist/Illustrator/Creator_
Street Address
City and County
State and Zip Code

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only these types of cases can be heard in federal court: a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Constitutional or Federal Question   ☐ USA Defendant   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction is USA defendant

The Defendant(s)
Name of Agency _Netflix Corporation ~~Inc~~_
Address _100 Winchester Circle, Los Gatos, CA 95032_

### B. If the Basis for Jurisdiction is a Constitutional or Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_Title 17 US Code § 501 Infringement of Copyright_

C. **If the Basis for Jurisdiction is Diversity of Citizenship**

1. The Plaintiff

   The plaintiff, (name) __Kenzie Wilson Price__, is a citizen of the State of (name) __Alabama__.

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, (name) __Michael B. Jordan__, is a citizen of the State of (name) __Georgia__. Or is a citizen of (foreign nation) _____.

   b. If the defendant is a corporation

   The defendant, (name) __Netflix__, is incorporated under the laws of the State of (name) __California__, and has its principal place of business in the State of (name) __California__.

   Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy – the amount the plaintiff claims the defendant owes or the amount that is at state – is more than $75,000, not counting interest and costs of court, because: *(explain)*

   $1,000,000,000 – The defendants owe me all profits resulting from their willful, knowingly, and substantial copyright infringement of my novel, December's Eve – the Novel by Kenzie.

III. **Statement of Claim**

Pro Se General Complaint for a Civil Case (Rev. 10/16)

Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The defendants willfully and knowingly stole a substantial amount from my copyrighted literary work, December's Eve - The Novel by Renzie. They maliciously infringed upon my novel and capriciously changed the overall plot. My novel is available at Amazon.com, Barnes And Noble, and other online book retailers since 2010, July. I also posted a one chapter excerpt at CreateSpace.com in 2010 before it was sold to Amazon/Kindle. The initial copyright infringement occurred between 2010 - 2015. Secondary Infringement occurred in 2015 - present.

IV.   **Relief**

State briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am asking the courts to award me $1,000,000,000 in actual damages due to the profits made from the infringement. The copyright infringement of my novel, December's Eve - The Novel by Renzie, occurred from 2010 and continues present day - 2021. This amount will also serve as a deterrent as an important reminder to the defendants to never engage in such unlawful and illegal behavior, especially on an individual who is disabled and under the Americans with Disabilities Act, such as myself.

Pro Se General Complaint for a Civil Case (Rev.10/16)

## V. Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint; (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name  Kenzie                   Last Name  Price
Mailing Address  106 8th. Street, A
City and State  Madison, Alabama          Zip Code  35756
Telephone Number  256 975-4022
E-mail Address  mastereducatorofcosmetology@gmail.com

Signature of plaintiff  [signature]
Date signed  November 11, 2021

**OPTIONAL**

You may request to receive electronic notifications. You <u>may not</u> file documents or communicate with the court electronically. All documents must be submitted in <u>paper</u> and you must serve the defendants.

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at www.pacer.gov

- You will receive one "free" look of the document. Documents must be viewed within 14 days. You must only single-click on the hyperlink to view.

**Note: You must promptly notice the Clerk's Office, in writing, if there is a change in your designated e-mail address. Failure to update your email address does <u>not</u> excuse failures to appear or timely respond.**

E-mail type:

☐ HTML – Recommended for most e-mail clients
☐ Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

Conditioned upon the sufficiency of your electronic equipment which the court will test and verify receipt, you will be allowed to receive electronic notifications.

By submitting this request, the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Rule 5(b)(2) of the Federal Rules of Civil Procedure, except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice will allow one free look at the document, and any attached .pdf may be printed or saved.

IMPORTANT:

Messages sent to Yahoo or AOL accounts are frequently found in the spam folder until the court is added to your address book.

E-mail address designated for noticing:

_____

Participant signature:_____

Date:_____

Addendum:

1.) Defendant, Dennis Liu, read my novel, December's Eve, and created a comic book entitled Raising Dion in 2015 and later (2017) sold the comic book publication rights to Actor/Executive Producer, Michael B. Jordan. He also created a film based on the copyrighted work, December's Eve - The Novel.

2.) Defendant, Jason Piperberg, is a professional Artist/Illustrator who worked for Dennis Liu. He copied my ideas and many descriptions from my novel, including but not limited to, lakehouse descriptions and images, protagonist image and descriptions of my triplet boys in the novel, living room descriptions, and helped Dennis Liu create Raising Dion comic book by copying my descriptions from my novel, December's Eve - The Novel by Renzie.

3.) Defendant, Michael B. Jordan, is the Netflix Series, Raising Dion, Executive Producer. He purchased the illegal comic book rights from Dennis Liu and collaborated with Netflix as well and created the Netflix Series, Raising Dion, Season 1 in which Season 2 is slated to begin airing in December 2021. Their collaborations

Addendum 2:
continuation —

3.) — began in 2017 and in 2019, a mutual agreement was entered with Netflix Corp. to create Season 1 of Raising Dion which included 9 Episodes. Michael B. Jordan also collaborated with Netflix Content Creator, Carol Barbee.

4.) Defendant, Carol Barbee, Netflix Series Creator, worked in conjunction with Dennis Liu, Jason Piperberg, Michael B. Jordan, and Netflix Corporation to create the video footage, film and movie, and other essential elements needed to produce and successfully market and profit from the Netflix Series, Raising Dion. She is a content creator and an employee of Netflix and was apart of this infringement of my copyright from 2015 to the present. Her work continues in Raising Dion Season 2. She is also a Secondary Infringement Defendant who adapted it into a screenplay.

5.) Netflix Corporation, Secondary Defendant, collaborated and entered an agreement with Michael B. Jordan, Dennis Liu, and Jason Piperberg, to create, market, and air Raising

Addendum 3
cont.

5) Raising Dion in the USA, Canada, Austrailia, Germany, Japan, India, Denmark, Switzerland, and almost 200 more countris, globally. Netflix ordered the Raising Dion Series in Oct. 2017 and production began. This infringement occured from Beverly Hills and Los Gatos, California.

Infringement of December's Eve - The Novel by Renzie took place between 2010 and present and in several other locations in the US, including Atlanta, Georgia.

Under US Title 17 §Ch. 1-8 and 10-12, I am entitled to the profits gained via the willful, impervious copyright infringement of my novel, December's Eve - the Novel by Renzie.

Plaintiff: [signature]     Witness: [signature]
Date: Nov. 12, 2021        Renise Turner