UNITED STATES DISTRICT COURT

Northern District of Alabama

Office of the Clerk

Room 140, 1729 5th Avenue North

Birmingham, Alabama 35203

(205) 278-1700

Sharon N. Harris
Clerk

| | |
|---|---|
| RENZIE WILSON PRICE,   } | |
| } | |
| Plaintiff,   } | |
| v.   } | Case Number:  5:21-cv-1511-LCB |
| } | |
| NETFLIX CORPORATION, et al.,   } | |
| } | |
| Defendants.   } | |

## NOTICE OF REASSIGNMENT

The above-styled civil action has been reassigned to the Honorable **Abdul K. Kallon**. Please use case number **5:21-cv-1511-AKK** on all subsequent pleadings.

DATED:  December 30, 2021

SHARON N. HARRIS, CLERK

By:   *Angela Ingleright*
Deputy Clerk

SNH:ahi

xc:   Judges
       Counsel